IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LIVIA M. SCOTTO, | ) | CIVIL NO. 10-00120 DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CORPORATION TRUST, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER GRANTING PLAINTIFF'S APPLICATION**
**TO PROCEED WITHOUT PREPAYMENT OF FEES**

On March 5, 2010, Plaintiff Livia M. Scotto ("Plaintiff") filed her Application to Proceed in District Court Without Prepaying Fees or Costs ("Application").  Plaintiff's Application states that she has not been employed in the past twelve months and has only $320.00 in her bank account.  She has no property or assets and states that she has several hundred thousands of debt as a result of the alleged legal malpractice and judicial misconduct that is the subject of this case.  The Court finds that Plaintiff has made the required showing under 28 U.S.C. § 1915 to proceed *in forma pauperis*, *i.e.* without the prepayment of fees.  Plaintiff's Application is therefore GRANTED.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, March 30, 2010.



   /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**LIVIA M. SCOTTO V. THE CORPORATION TRUST, ET AL; CIVIL NO. 10-00120 DAE-LEK; ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**